## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| STEVEN FRIEDMAN, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GAIL FRIEDMAN, DECEASED | : No. 534 EAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| KEVIN M. FOSNOCHT, MD AND PENN PRESBYTERIAN MEDICAL CENTER, AKA A UNIT OF THE HOSPITALS OF THE UNIVERSITY OF PENNSYLVANIA-PENN PRESBYTERIAN, IN TURN AKA A UNIT OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, IN TURN AKA AS A UNIT OF THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, AND FRESENIUS MEDICAL CARE NORTH AMERICA, AND DAVITA KIDNEY CARE, AKA A UNIT OF DAVITA HEALTHCARE PARTNERS, INC. | : |
| | : |
| PETITION OF: STEVEN FRIEDMAN | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.